# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2881
LT Case No. 16-2009-CF-001558-A

_____

BURKE L. SILAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.850 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Burke L. Silas, Raiford, pro se.

James Uthmeier, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.


June 4, 2026


PER CURIAM.

AFFIRMED.


MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____